| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bianchini, Victor E. | 2. Court or Organization<br><br>Eastern District of Washington; Ce | 3. Date of Report<br><br>07/26/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>15139 Almond Orchard Lane<br>San Diego, CA 92131 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Flying Leathernecks Aviation Museum Historical Society Foundation |
| 2. | Member, Board of Directors | San Diego County Public Law Library Foundation |
| 3. | Member of Board of Directors | Kraemer Endowment Foundation Serving St. Madeliene's Sophie Center for Disabled Children and Adults |
| 4. | Member | ABTL (American Board of Trial Lawyers |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Judicial Retirement Plan, State of California. The State of California pays this annuity over which I have no control. |
| 2. | 2002 | County of San Diego Deferred Compensation Plan. This is paid form sole contributions by me to this plan, from which I will be obligated to withdraw funds. |
| 3. | 2002 | State of California Judicial 401k Plan. This is also in the nature of deferred compensation, and arose from my position as a Superior Court Judge. |
| 4. | 2003 | Defined Benefit Plan arising out of activitiesas a mediator/arbitrator from 2002-2006. This has been converted to a 401k investment with AXA Advisors. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2018 | Judicial retirement annuity for service as a Superior Court Judge. | $126,000 |
| 2. | 2018 | State of California, state university professor annuity. | $5,700.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bianchini, Victor E.** | 07/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase National Bank | Visa Credit Card | K |
| 2. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 3. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 4. | USAA Bank Credit Card Services | MasterCard | J |
| 5. | American Express | Visa Credit Card/Costco Membership Card | J |
| 6. | Bank of America | Credit Card Services (Mastercard) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deferred Compensation--County of San Diego (no control) | | None | J | T | | | | | |
| 2. Combined Defined Benefit Plan and 401k-- AXA Advisors (H) 26 | | | | | | | | | |
| 3. -Apple Inc (AAPL) | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 4. - Barclays Bank PLC Contin CPN Note | A | Dividend | M | T | Buy | 01/19/18 | K | | |
| 5. | | | | | Buy (add'l) | 10/19/18 | M | | |
| 6. - Catalyst Millburn Hedge Stragtegy (MBXIX) | A | Dividend | K | T | | | | | |
| 7. - Cavalier Growth Oppty Instl Cl CATEX | A | Dividend | K | T | Buy | 06/21/18 | K | | |
| 8. -Citigroup INC | A | Dividend | K | T | | | | | |
| 9. - Colony Northstar CR Real Estate Inc CL A | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 10. | | | | | Buy (add'l) | 03/05/18 | K | | |
| 11. - Deer Park Total Return Credit | A | Dividend | K | T | Buy (add'l) | 06/21/18 | J | | |
| 12. | | | | | Sold (part) | 08/15/18 | J | | |
| 13. - Dropbox Inc CL A DBX | A | Dividend | J | T | Buy | 03/23/18 | J | | |
| 14. -Facebook INC CL A | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 15. -FSCI FS Investment Corp | A | Dividend | J | T | Buy (add'l) | 03/05/18 | J | | |
| 16. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 17. -iShares Msci Europe Financials ETF (EUFN) | A | Dividend | K | T | Sold (part) | 06/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -John Hancock Intl Growth (GOGIX) | A | Dividend | K | T | Sold (part) | 08/15/18 | J | | |
| 19. -John Hancock Strategic Income Oppts (JIPIX) | A | Dividend | | | Sold | 11/28/18 | K | | |
| 20. - JPMorgan Chase Finl Cap Buf Ret Enh Note Lkd Eem Cpn 07/03/19 | A | Interest | K | T | | | | | |
| 21. - JPMorgan Chase Finl Co Contin Int Note Lkd Rty Spx Cpn 07/06/19 | A | Interest | K | T | | | | | |
| 22. - MFS Research Discovery (MNFIX) | A | Dividend | L | T | Buy (add'l) | 03/05/18 | J | | |
| 23. | | | | | Sold (part) | 06/21/18 | K | | |
| 24. - Nuveen Preferred Secs & Income CL | A | Dividend | | | Sold | 03/05/18 | K | | |
| 25. - Nuveen NWQ Small Cap Value (NSCRX) | A | Dividend | K | T | | | | | |
| 26. - Nvidia Corp | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 27. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 28. - Oakmark Intl Investor Cl (OAKIX) | A | Dividend | K | T | | | | | |
| 29. - Oppenheimer Developing Markets (ODVYX) | A | Dividend | K | T | | | | | |
| 30. -Oppenheimer Intl Small-Mid Company CL (OSMYX) | A | Dividend | K | T | | | | | |
| 31. -Principal Invst PFD Securities Instl CL (PPSIX) | B | Dividend | K | T | | | | | |
| 32. - Princeton Premium CL (PPFIX) | A | Dividend | K | T | Sold (part) | 05/30/18 | J | | |
| 33. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 34. | | | | | Sold (part) | 11/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Principal Mid Cap Instl (PCBIX) | A | Dividend | K | T | | | | | |
| 36. - Putnam Capital Spectrum (PVSYX) | A | Dividend | | | Sold | 03/05/18 | K | | |
| 37. - Sector Financial Select Spector SPDR ETF XLF | A | Dividend | | | Buy | 02/06/18 | K | | |
| 38. | | | | | Sold | 07/20/18 | K | | |
| 39. -Snap Inc CL | A | Dividend | J | T | | | | | |
| 40. - Tesla Inc | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 41. - TRowe Price Diversified Small Cap Growth Equity Investor (PRDSX) | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. Certificate of Deposit--Bank of America | B | Interest | K | T | | | | | |
| 44. Rental Property #1: San Diego, California | D | Rent | P1 | W | | | | | |
| 45. Rental Property #1: San Diego, California | E | Rent | N | W | | | | | |
| 46. Checking #1: Bank of America | A | Interest | J | T | | | | | |
| 47. Checking #2: Bank of America | A | Interest | J | T | | | | | |
| 48. Certificate of Deposit: Wells Fargo | E | Interest | M | T | | | | | |
| 49. Checking: Wells Fargo:Wells Fargo #2 | A | Interest | J | T | | | | | |
| 50. Savings: Wells Fargo #2 | C | Interest | L | T | | | | | |
| 51. IRA: John Hancock Lifestyle Balanced Portfolio (JALBX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXA Investment Account -Growth with Income objective (H) 15 | | | | | | | | | |
| 53. First Trust Sabrient Banker DZN | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 54. -Goldman Sachs Bank - Insured Cash Account | A | Interest | J | T | | | | | |
| 55. - JPMorgan Contin Int Note | D | Interest | | | Sold | 02/02/18 | M | | |
| 56. - Snap Inc. CL | A | Dividend | | | Sold | 01/10/18 | J | | |
| 57. | | | | | | | | | |
| 58. 401k: Advanta Financial Corp. (H) | | | | | | | | | |
| 59. -Schwab Cash Reserves | A | Interest | J | T | | | | | |
| 60. -ACITX | A | Dividend | J | T | | | | | |
| 61. -BCOSX | A | Dividend | K | T | | | | | |
| 62. -FTRFX | A | Dividend | J | T | | | | | |
| 63. -MWHYX | A | Dividend | J | T | | | | | |
| 64. -MWTRX | A | Dividend | J | T | | | | | |
| 65. -PRRDX | A | Dividend | K | T | | | | | |
| 66. -PTTDX | A | Dividend | J | T | | | | | |
| 67. -WACIX | A | Dividend | J | T | | | | | |
| 68. -AAGPX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TWCGX | A | Dividend | J | T | | | | | |
| 70. -JETAX | A | Dividend | J | T | | | | | |
| 71. -CSRSX | A | Dividend | J | T | | | | | |
| 72. -AUSAX | A | Dividend | J | T | | | | | |
| 73. -UMLGX | A | Dividend | J | T | | | | | |
| 74. -CRSOX | A | Dividend | J | T | | | | | |
| 75. -NYVTX | A | Dividend | J | T | | | | | |
| 76. -HIINX | A | Dividend | J | T | | | | | |
| 77. -JVLAX | A | Dividend | J | T | | | | | |
| 78. -ICSLX | A | Dividend | J | T | | | | | |
| 79. -EXWAX | A | Dividend | J | T | | | | | |
| 80. -NOSGX | A | Dividend | J | T | | | | | |
| 81. -EMGRX | A | Dividend | J | T | | | | | |
| 82. -OAKEX | A | Dividend | J | T | | | | | |
| 83. -SCETX | A | Dividend | J | T | | | | | |
| 84. -UMBWX | A | Dividend | J | T | | | | | |
| 85. -AEMGX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ODMAX | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. Accumulator (Variable Annuity), AXA Advisors (H) 936 | | | | | | | | | |
| 89. -Alliance Bernstein Sm. Cap Growth | A | Dividend | J | T | | | | | |
| 90. -GAMCO Small Company Value | A | Dividend | J | T | | | | | |
| 91. -AXA Janus Enterprise | A | Dividend | J | T | | | | | |
| 92. -AXA EQ/Global Bond Plus | B | Dividend | L | T | | | | | |
| 93. -Templeton Global Equity | A | Dividend | K | T | | | | | |
| 94. - AXA Large Cap Value Volat | A | Dividend | K | T | | | | | |
| 95. - AXA Intl Core Volatility | A | Dividend | K | T | | | | | |
| 96. - AXA Mid Cap Value Volat | A | Dividend | J | T | | | | | |
| 97. - AXA Intl Value Volatility | A | Dividend | J | T | | | | | |
| 98. - AXA Large Cap Growth | A | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. AXA Equitable Structured Capital Strategies B IRA (H) 98 B IRA | | | | | | | | | |
| 101. -AXA MSCI EAFE | A | Dividend | K | T | | | | | |
| 102. -AXA Russell 2000 1 Year | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -AXA S&P 500 | B | Dividend | K | T | | | | | |
| 104.  -AXA Russell 2000 3 Year | B | Dividend | K | T | | | | | |
| 105.  -AXA NASDAQ 100 | A | Dividend | K | T | | | | | |
| 106. | | | | | | | | | |
| 107.  Private Trust Co. (H) 35 | | | | | | | | | |
| 108.  - Apple Inc | A | Dividend | K | T | | | | | |
| 109.  - First Trust Sabrient BAnkers DZN | A | Interest | K | T | | | | | |
| 110.  - FS Energy & Power | A | Dividend | L | T | | | | | |
| 111.  -FS Investment Corporation III | A | Dividend | K | T | | | | | |
| 112.  - KBS REIT III, Inc | A | Dividend | K | T | | | | | |
| 113.  Northstar Realistate Income Trust, Inc n/k/a Colony Northstar CR Real | A | Dividend | K | T | Buy (add'l) | 03/29/18 | K | | |
| 114. | | | | | Buy (add'l) | 11/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 07/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor E. Bianchini**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544